**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                    )
EMMANUEL THIERSAINT                 )
                                    )
            Plaintiff,              )
                                    )
v.                                  )    Civil Action
                                    )    No. 18-12406-PBS
                                    )
DEPARTMENT OF HOMELAND SECURITY,    )
et al.,                             )
                                    )
            Defendants.             )
_____)

**ORDER**

March 22, 2019

Saris, C.J.

This case is not related under Local Rule 40.1(g)(1) to either <u>Reid v. Donelan</u>, No. 13-cv-30125, or <u>Pensamiento v. McDonald</u>, No. 18-cv-10475. Pursuant to Local Rule 40.1(g)(4), the Court returns this case to the clerk for reassignment.

                                    /s/ PATTI B. SARIS    ____
                                    Patti B. Saris
                                    Chief United States District Judge

1