UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**EMMANUEL THIERSAINT**


V.                                                        CIVIL ACTION NO. **18-12406-DJC**


**DEPARTMENT OF HOMELAND
SECURITY, ET AL**


## Scheduling Order


Casper, J.

This Scheduling Order is intended primarily to provide a reasonable timetable for discovery and motion practice and to ensure the fair and just resolution of this matter, either by settlement or trial, without undue delay or expense.

Having conducted a Scheduling Conference between the parties pursuant to Local Rule 16.1(a), it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f) that:

1. **Initial Disclosures.**  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **May 15, 2019** .

2. **Amendments to Pleadings**.  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **July 1, 2019** .

3. **Fact Discovery**.

   a.      **Final Deadline**.  All discovery, other than expert discovery, must be completed by **February 14, 2020** .

4. **Status Conference**.  A status conference will be held on **November 18, 2019** at **2:00PM** in Courtroom 11, 5th Floor.

5. **Expert Discovery**.

    a.      Plaintiff(s)' trial experts must be designated and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **December 1, 2019** .

    b.      Defendant(s)' trial experts must be designated and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **January 24, 2020** .

    c.      All  trial experts must be deposed by **February 14, 2020** .

6. **Summary Judgment Motions**.

    a.  Motions for summary judgment must be filed by **April 22, 2020** .

    b.  Opposition to summary judgment motions must be filed within 21 days after service of the motion pursuant to Local Rule 7.1.

    c.  All summary judgment filings shall conform to the requirements of Local Rule 56.1.

Date:  **May 14, 2019**                     /s/ Denise J. Casper
                                         U. S. District Judge