UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMMANUEL THIERSAINT,<br><br>                    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; WILLIAM CHAMBERS, in his individual capacity; JOHN DOE DEFENDANTS 1-10, unknown ICE Agents, in their individual capacities; SUFFOLK COUNTY SHERIFF'S DEPARTMENT; JOHN DOE DEFENDANTS 11-16, unknown officers of the Suffolk County Sheriff's Department, in their individual capacities; and UNITED STATES OF AMERICA,<br><br>                    Defendants. | Civil Action No. 18-cv-12406-DJC |

### DEFENDANT WILLIAM CHAMBERS' EXHIBITS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. and Local Rule 56.1, Defendant William Chambers (Officer Chambers) hereby files the following exhibits[1] in support of his Motion for Summary Judgment, Memorandum of Law in support of his motion, and Rule 56.1 Statement of Facts:

1. **Exhibit 1**, Deposition of William Chambers;

2. **Exhibit 2**, Deposition of Plaintiff Emmanuel Thiersaint;

3. **Exhibit 3**, ICE Detainee Request;

---

[1] Officer Chambers originally filed a motion to seal all exhibits in support of his motion for summary judgment. (Doc. 163). Officer Chambers has withdrawn that motion (Doc. 168) and has separately moved to seal two of the nine exhibits upon which he relies in support of his motion for judgment in his favor. (Doc. 169).

4. **Exhibit 4**, Deposition of Brian Kaiser;

5. **Exhibit 5**, Deposition of Rachelle Steinberg;

6. **Exhibit 6**, Deposition of Rachelle Steinberg II; and

7. **Exhibit 7**, Deposition of Zezhina Mitchell.

                    Respectfully submitted,

                    NATHANIEL R. MENDELL
                    Acting United States Attorney

By:   */s/ Eve A. Piemonte*
       Eve A. Piemonte
       Assistant United States Attorney
       United States Attorney's Office
       John J. Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
       (617) 748-3369
Dated: April 14, 2021       Eve.Piemonte@usdoj.gov

## CERTIFICATE OF SERVICE

    I, Eve A. Piemonte, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                    */s/ Eve A. Piemonte*
                    Eve A. Piemonte
Dated: April 14, 2021       Assistant United States Attorney