# EXHIBIT 3



U.S. Immigration and Customs Enforcement

Office of Detention and Removal
U.S. Department of Homeland Security
201 Varick Street Room 1219
New York, NY 10014

Thiersaint

1600930

## DETAINEE REQUEST TO ICE (*FORMULARIO DE PETICION PARA ICE*)

Name (*nombre*): EMMANUEL Thiersaint       INMATE # 1532-48
         Last                    First

Alien Number (*numero de inmigracion*): 069588716   Country (*pais*): Haiti

Housing Unit (*dormitorio*): 2 floor         Date (*Fecha*): 3-25-16

Please state your specific question or concern completely. Do not simply request to speak to an ICE officer. You must write your question on this form and you will receive a response.

*Escribe su pregunta especifica aqui. Usted necesita escribir su pregunta en este forma y usted recibira una respuesta.*

**QUESTION (*PREGUNTA*):**

all my legal work is in my property also my personnel like my familly pictures and legal call please

**RESPONSE (*RESPUESTA*):**

ATTV
202-550-3599
3-28-16 at 9:02

Officer: W Coombes       Date Responded: 3-28-16

GOV000010