# EXHIBIT 4

1

1           UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3   -------------------------------x

4   EMMANUEL THIERSAINT,

5         Plaintiff,
                        Civil Action No.
6   vs.                 1:18-cv-12406-PBS

7   DEPARTMENT OF HOMELAND SECURITY;
    U.S. IMMIGRATION AND CUSTOMS
8   ENFORCEMENT; WILLIAM CHAMBERS,
    in his individual capacity;
9   JOHN DOE DEFENDANTS 1-10, unknown
    ICE Agents, in their individual
10   capacities; SUFFOLK COUNTY
    SHERIFF'S DEPARTMENT; JOHN DOE
11   DEFENDANTS 11-16, unknown
    officers of the Suffolk County
12   Sheriff's Department, in their
    individual capacities; and
13   UNITED STATES OF AMERICA,

14         Defendants.

15   -------------------------------x

16

17           DEPOSITION OF BRIAN KAISER

18             Conducted Remotely

19             200 Bradston Street

20             Boston, Massachusetts

21       Thursday, November 12, 2020, 9:22 a.m.

22

23

24   Reporter:  James A. Scally, RMR, CRR

2

1         A P P E A R A N C E S

2

3       WOLF, GREENFIELD & SACKS PC

4       600 Atlantic Avenue

5       Boston, Massachusetts  02210

6       617-720-3500

7       By: Bryan S. Conley, Esq.

8          Counsel for the Plaintiff

9

10       UNITED STATES DEPARTMENT OF JUSTICE

11       UNITED STATES ATTORNEY'S OFFICE

12       1 Courthouse Way

13       Suite 9200

14       Boston, Massachusetts  02210

15       617-748-3100

16       By: Eve A. Piemonte, Esq.

17          Counsel for the Defendant United

18          States of America, et al.

19

20

21

22

23

24

3

1        A P P E A R A N C E S

2

3    SUFFOLK COUNTY SHERIFF'S DEPARTMENT

4    200 Nashua Street

5    Boston, Massachusetts  02114

6    617-704-6680

7    By: Melissa J. Garand, Esq.

8        Counsel for the Defendant Suffolk

9        County Sheriff's Department

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

4

1          I N D E X

2  WITNESS                    EXAMINATION

3  BRIAN KAISER

4  (By Mr. Conley)                    7

5

6

7

8
            E X H I B I T S
9  NO.                        PAGE

10  Exhibit 1    LinkedIn profile            9

11  Exhibit 2    3/21/16 email Bates stamped      39
         GOV003171
12
    Exhibit 3    Group of documents Bates      42
13         stamped SCSD000011 through 22

14  Exhibit 4    2/17/16 email Bates stamped      97
         GOV002999
15
    Exhibit 5    Group of documents Bates      99
16         stamped SCSD00001 through 10

17  Exhibit 6    2/26/16 email chain Bates      129
         stamped GOV003064
18
    Exhibit 7    3/31/16 email chain Bates      134
19         stamped GOV003869

20  Exhibit 8    Photographs Bates stamped      136
         SCSD-003825 through 3953
21

22
         (Exhibits were given to the court
23    reporter to attach to the transcript.)

24

                    5


1        THE COURT REPORTER:  This is James

2      A. Scally.  I am a Registered Merit

3         Reporter, Certified Realtime Reporter,

4         and I am a Notary Public in the

5         Commonwealth of Massachusetts.

6             This deposition is being taken

7         remotely.  This witness is appearing

8         remotely from 20 Bradston Street,

9         Boston, Massachusetts.

10            The attorneys participating in

11        this proceeding acknowledge their

12        understanding that I am not physically

13        present in the proceeding room, nor am

14        I physically present with the witness

15        and that I will be reporting this

16        proceeding remotely.  They further

17        acknowledge that, in lieu of an oath

18        administered in person, the witness

19        will verbally declare his testimony in

20        this matter under the pains and

21        penalties of perjury.  The parties and

22        their counsel consent to this

23        arrangement and waive any objections to

24        this manner of proceeding.

6

1             Please indicate your agreement by

2         stating your name and your agreement on

3    the record, after which I will swear in

4    the witness and we may begin.

5        MR. CONLEY:  This is Bryan Conley

6    from Wolf Greenfield -- I'm sorry.  Go

7    ahead.

8        MS. GARAND:  Melissa Garand from

9    the Suffolk County Sheriff's

10    Department, and I consent.

11        MS. PIEMONTE:  This is Eve

12    Piemonte on behalf of the United States

13    and William Chambers, and I consent.

14        MR. CONLEY:  Bryan Conley from

15    Wolf, Greenfield & Sacks on behalf of

16    plaintiffs, and I consent.

17

18

19

20

21

22

23

24

                        7


1        BRIAN KAISER, having been

2    satisfactorily identified by the

3    production of his driver's license and

4    duly sworn by the Notary Public, was

5    examined and testified as follows in

6    answer to direct interrogatories:

7

8                    EXAMINATION

9  BY MR. CONLEY:

10    Q.  Good morning, Captain Kaiser.  Thanks for

11  your patience this morning.

12    A.  Good morning.

13    Q.  As you see, we've got a court reporter

14  present remotely, taking down the words that I say,

15  the words that you say.  Because of that, I just ask

16  that when I ask a question, you let me finish.  And

17  when you're giving an answer, I'll try not to

18  interrupt you.  I'll let you finish, so that we can

19  get a full transcript that reads cleanly.

20      Does that sound okay?

21    A.  Yes.

22    Q.  We'll take breaks periodically.  If you need

23  a break before we take one, just let us know.  The

24  only thing I'd ask is that you answer any question

                        8


1  that's pending before we -- before we break.

2      Does that sound reasonable?

3    A.  Okay.

4    Q.  Also, if you don't understand a question,

7    Q.  Does the Suffolk County Sheriff's Department

8  have an in-house ICE agent?

9    A.  Yes, they do.

10    Q.  And in 2016, did the Suffolk County Sheriff's

11  Department have an in-house ICE agent?

12    A.  Yes, they did.

13    Q.  Do you recall who that individual was in

14  2016?

15    A.  It was William Chambers.

16    Q.  What were your interactions like with Mr.

17  Chambers in 2016 generally?

18        MS. GARAND:  Objection.

19    Q.  Let me back up, captain.  Hold on one second.

20  Strike that.

21        Did you have any interactions with Mr.

22  Chambers in 2016?

23    A.  Yes, I did.

24    Q.  And describe the nature of those

                              119


1  interactions.

2        MS. GARAND:  Objection.

3    A.  So we just on a day-to-day basis worked

4  together.  You know, like I said, I oversaw the 8-1

5  unit, and he was the agent that was assigned to the

6  building.  He would tour the units.  He would speak

7  with the detainees.  He would address their concerns.

8  You know, if anything arose that I would need to

9  speak to him about, he was always available, things

10  of that nature.

11     Q.  Do you have any knowledge of whether Mr.

12  Chambers had any conversations with NaphCare or a

13  third-party medical provider about Mr. Thiersaint?

14     A.  I do not.

15     Q.  Did you ever know Mr. Chambers to have any

16  conversations with NaphCare or a third-party medical

17  provider about detainees?

18     A.  I did not.  No, I do not.

19     Q.  From -- strike that.

20        Do you recall, is Mr. Chambers the Suffolk

21  County Sheriff's Department current in-house ICE

22  agent?

23     A.  No, he's not.  We don't have any ICE

24  detainees here.

120

1     Q.  Understood.  Do you know for approximately

2  how long Mr. Chambers served as the in-house ICE

3  agent for the Suffolk County Sheriff's Department?

4     A.  I don't know the exact dates.  I know he was

5  there when I was there from September 2015 to

6  February 2019, but I don't know about any dates,

7  specific dates, before that.

8     Q.  Have you ever seen Mr. Chambers converse with