# EXHIBIT 5

# In the Matter of:

*Emmanuel Thiersaint vs*

*Department of Homeland Security, et al*

*Rachelle Steinberg*

*February 04, 2021*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



O&L O'BRIEN & LEVINE
COURT REPORTING SOLUTIONS

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3    --------------------------------x

 4    EMMANUEL THIERSAINT,

 5            Plaintiff,
                                        Civil Action No.
 6    vs.                               1:18-cv-12406-PBS

 7    DEPARTMENT OF HOMELAND SECURITY;
      U.S. IMMIGRATION AND CUSTOMS
 8    ENFORCEMENT; WILLIAM CHAMBERS,
      in his individual capacity;
 9    JOHN DOE DEFENDANTS 1-10, unknown
      ICE Agents, in their individual
10    capacities; SUFFOLK COUNTY
      SHERIFF'S DEPARTMENT; JOHN DOE
11    DEFENDANTS 11-16, unknown
      officers of the Suffolk County
12    Sheriff's Department, in their
      individual capacities; and
13    UNITED STATES OF AMERICA,

14            Defendants.

15    --------------------------------x

16

17             DEPOSITION OF RACHELLE STEINBERG

18                    Conducted Remotely

19                    200 Nashua Street

20                   Boston, Massachusetts

21         Thursday, February 4, 2021, 9:01 a.m.

22

23

24    Reporter:   James A. Scally, RMR, CRR
```

1    A P P E A R A N C E S
2
3    WOLF, GREENFIELD & SACKS PC
4    600 Atlantic Avenue
5    Boston, Massachusetts   02210
6    617-720-3500
7    By: Elizabeth A. DiMarco, Esq.
8        Counsel for the Plaintiff
9
10
11   UNITED STATES DEPARTMENT OF JUSTICE
12   UNITED STATES ATTORNEY'S OFFICE
13   1 Courthouse Way
14   Suite 9200
15   Boston, Massachusetts   02210
16   617-748-3100
17   By: Eve A. Piemonte, Esq.
18       Counsel for the Defendant United
19       States of America, et al.
20
21
22
23
24

3

1          A P P E A R A N C E S
2
3   SUFFOLK COUNTY SHERIFF'S DEPARTMENT
4   200 Nashua Street
5   Boston, Massachusetts  02114
6   617-704-6680
7   By: Melissa J. Garand, Esq.
8        Counsel for the Defendant Suffolk
9        County Sheriff's Department
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

                                                                                 4

1                              I N D E X

2    WITNESS                                              EXAMINATION

3    RACHELLE STEINBERG

4    (By Ms. DiMarco)                                          7

5

6

7

8
                              E X H I B I T S
9    NO.                                                       PAGE

10   Exhibit 1     Group of documents Bates                    20
                   stamped SCSD000011 through 22
11
     Exhibit 2     Defendant's response to                     28
12                 plaintiff's second set of
                   interrogatories
13
     Exhibit 3     NaphCare documents Bates                    38
14                 stamped SCSD000056 through
                   135
15
     Exhibit 4     Screen shots Bates stamped                  56
16                 SCSD000136 through 142

17   Exhibit 5     Unit logbook Bates stamped                  84
                   SCSD000173 through 271
18
     Exhibit 6     Policy S424 Bates stamped                   91
19                 SCSD004942 through 4947

20   Exhibit 7     NaphCare policy Bates stamped               98
                   SCSD000315 through 316
21

22
                   (Exhibits were given to the court
23            reporter to attach to the transcript.)

24

1    THE COURT REPORTER:  This is James
2  A. Scally.  I am a Registered Merit
3  Reporter, Certified Realtime Reporter,
4  and I am a Notary Public in the
5  Commonwealth of Massachusetts.
6    This deposition is being taken
7  remotely.  This witness is appearing
8  remotely from 200 Nashua Street,
9  Boston, Massachusetts.
10    The attorneys participating in
11 this proceeding acknowledge their
12 understanding that I am not physically
13 present in the proceeding room, nor am
14 I physically present with the witness
15 and that I will be reporting this
16 proceeding remotely.  They further
17 acknowledge that, in lieu of an oath
18 administered in person, the witness
19 will verbally declare her testimony in
20 this matter under the pains and
21 penalties of perjury.  The parties and
22 their counsel consent to this
23 arrangement and waive any objections to
24 this manner of proceeding.

Emmanuel Thiersaint vs
Department of Homeland Security, et al

Rachelle Steinberg
February 04, 2021

6

```
 1        Please indicate your agreement by
 2   stating your name and your agreement on
 3   the record, after which I will swear in
 4   the witness and we may begin.
 5        MS. DiMARCO:  Elizabeth DiMarco
 6   from Wolf, Greenfield & Sacks on behalf
 7   of the plaintiff Emmanuel Thiersaint,
 8   and we agree to proceed under this
 9   arrangement.
10        MS. GARAND:  Melissa Garand on
11   behalf of the Suffolk County Sheriff's
12   Department, and I agree to proceed
13   under this arrangement.
14        MS. PIEMONTE:  Eve Piemonte on
15   behalf of the federal defendants.  I
16   agree.
17
18
19
20
21
22
23
24
```

7

```
 1              RACHELLE STEINBERG, having been
 2         satisfactorily identified by the
 3         production of her driver's license and
 4         duly sworn by the Notary Public, was
 5         examined and testified as follows in
 6         answer to direct interrogatories:
 7
 8                      EXAMINATION
 9   BY MS. DiMARCO:
10       Q.  Good morning, Rachelle.
11       A.  Good morning.
12       Q.  My name is Elizabeth DiMarco.  You can call
13   me Libbie.  I represent the plaintiff, Emmanuel
14   Thiersaint, and I will be asking you questions today.
15       A.  Okay.
16              MS. DiMARCO:  Before we begin, I'm
17         just going to state for the record some
18         stipulations that the attorneys in this
19         case have reached.  All objections,
20         except as to form, including motions to
21         strike, are reserved until trial.
22         Consistent with prior depositions we've
23         taken in this matter, this witness will
24         have the opportunity to read and sign
```

8

1       her transcript within 30 days, and we
2       will waive the notary requirement.
3  BY MS. DiMARCO:
4       Q.  Ms. Steinberg, do you -- do you prefer that I
5  call you Ms. Steinberg or ADS Steinberg?
6       A.  Oh, you can call me Ms. Steinberg, Rachelle,
7  that's fine.
8       Q.  Okay.  All right.  Who is your current
9  employer?
10      A.  Suffolk County Sheriff's Department.
11      Q.  Okay.  And what's your position there?
12      A.  I'm an assistant deputy superintendent.
13      Q.  And that's what ADS stands for?
14      A.  Yes.
15      Q.  Very good.  Do you understand that you swore
16 an oath to testify truthfully at this deposition
17 today?
18      A.  Yes.
19      Q.  Is there any reason that you would not be
20 able to testify truthfully?
21      A.  No.
22      Q.  We have a court reporter with us, Jim Scally;
23 you can see his video.  He is making a written
24 transcript of the deposition, even though it's by

1   Q.  So a NaphCare employee?
2   A.  Correct.
3   Q.  Okay.  So is your testimony, then, that
4  NaphCare employees decide housing assignments for --
5   A.  For medical or mental health purposes only.
6   Q.  So then a NaphCare employee decides whether
7  an individual needs to be housed for a medical or
8  mental health reason?
9   A.  Correct.
10           MS. GARAND:  Libbie, we've been
11       going for about an hour and 15 minutes.
12       I'm going to ask the witness:  Do you
13       need a break?
14           THE WITNESS:  Could take a couple
15       minutes.
16           MS. GARAND:  Okay.  Do you mind
17       taking --
18           MS. DiMARCO:  Let me just have
19       like five more minutes, then we can
20       take a 10- or 15-minute break.
21           MS. GARAND:  Okay.  That's fine.
22  BY MS. DiMARCO:
23   Q.  Okay.  So I think you said -- let me just
24  take a look.  (Pause.)