# EXHIBIT 6

# In the Matter of:

*Emmanuel Thiersaint vs*

*Department of Homeland Security, et al*

*Rachelle Steinberg*

*February 04, 2021*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



O&L O'BRIEN & LEVINE COURT REPORTING SOLUTIONS

```
 1               UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3   ---------------------------------x

 4   EMMANUEL THIERSAINT,

 5        Plaintiff,
                                     Civil Action No.
 6   vs.                             1:18-cv-12406-PBS

 7   DEPARTMENT OF HOMELAND SECURITY;
     U.S. IMMIGRATION AND CUSTOMS
 8   ENFORCEMENT; WILLIAM CHAMBERS,
     in his individual capacity;
 9   JOHN DOE DEFENDANTS 1-10, unknown
     ICE Agents, in their individual
10   capacities; SUFFOLK COUNTY
     SHERIFF'S DEPARTMENT; JOHN DOE
11   DEFENDANTS 11-16, unknown
     officers of the Suffolk County
12   Sheriff's Department, in their
     individual capacities; and
13   UNITED STATES OF AMERICA,

14        Defendants.

15   ---------------------------------x

16

17         DEPOSITION OF RACHELLE STEINBERG

18                Conducted Remotely

19                 200 Nashua Street

20               Boston, Massachusetts

21       Thursday, February 4, 2021, 9:01 a.m.

22

23

24   Reporter:  James A. Scally, RMR, CRR
```

```
 1              A P P E A R A N C E S
 2
 3   WOLF, GREENFIELD & SACKS PC
 4   600 Atlantic Avenue
 5   Boston, Massachusetts  02210
 6   617-720-3500
 7   By: Elizabeth A. DiMarco, Esq.
 8       Counsel for the Plaintiff
 9
10
11   UNITED STATES DEPARTMENT OF JUSTICE
12   UNITED STATES ATTORNEY'S OFFICE
13   1 Courthouse Way
14   Suite 9200
15   Boston, Massachusetts  02210
16   617-748-3100
17   By: Eve A. Piemonte, Esq.
18       Counsel for the Defendant United
19       States of America, et al.
20
21
22
23
24
```

Emmanuel Thiersaint vs  
Department of Homeland Security, et al

Rachelle Steinberg  
February 04, 2021

3

1              A P P E A R A N C E S
2
3    SUFFOLK COUNTY SHERIFF'S DEPARTMENT
4    200 Nashua Street
5    Boston, Massachusetts   02114
6    617-704-6680
7    By: Melissa J. Garand, Esq.
8        Counsel for the Defendant Suffolk
9        County Sheriff's Department
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

4

```
 1                       I N D E X

 2    WITNESS                                    EXAMINATION

 3    RACHELLE STEINBERG

 4    (By Ms. DiMarco)                                    7

 5

 6

 7

 8
                          E X H I B I T S
 9    NO.                                              PAGE

10    Exhibit 1    Group of documents Bates              20
                   stamped SCSD000011 through 22
11
      Exhibit 2    Defendant's response to               28
12                 plaintiff's second set of
                   interrogatories
13
      Exhibit 3    NaphCare documents Bates              38
14                 stamped SCSD000056 through
                   135
15
      Exhibit 4    Screen shots Bates stamped            56
16                 SCSD000136 through 142

17    Exhibit 5    Unit logbook Bates stamped            84
                   SCSD000173 through 271
18
      Exhibit 6    Policy S424 Bates stamped             91
19                 SCSD004942 through 4947

20    Exhibit 7    NaphCare policy Bates stamped         98
                   SCSD000315 through 316
21

22
                   (Exhibits were given to the court
23         reporter to attach to the transcript.)

24
```

```
 1            THE COURT REPORTER:  This is James
 2    A. Scally.  I am a Registered Merit
 3    Reporter, Certified Realtime Reporter,
 4    and I am a Notary Public in the
 5    Commonwealth of Massachusetts.
 6            This deposition is being taken
 7    remotely.  This witness is appearing
 8    remotely from 200 Nashua Street,
 9    Boston, Massachusetts.
10            The attorneys participating in
11    this proceeding acknowledge their
12    understanding that I am not physically
13    present in the proceeding room, nor am
14    I physically present with the witness
15    and that I will be reporting this
16    proceeding remotely.  They further
17    acknowledge that, in lieu of an oath
18    administered in person, the witness
19    will verbally declare her testimony in
20    this matter under the pains and
21    penalties of perjury.  The parties and
22    their counsel consent to this
23    arrangement and waive any objections to
24    this manner of proceeding.
```

1　　　　Please indicate your agreement by
2　stating your name and your agreement on
3　the record, after which I will swear in
4　the witness and we may begin.
5　　　　MS. DiMARCO:  Elizabeth DiMarco
6　from Wolf, Greenfield & Sacks on behalf
7　of the plaintiff Emmanuel Thiersaint,
8　and we agree to proceed under this
9　arrangement.
10　　　　MS. GARAND:  Melissa Garand on
11　behalf of the Suffolk County Sheriff's
12　Department, and I agree to proceed
13　under this arrangement.
14　　　　MS. PIEMONTE:  Eve Piemonte on
15　behalf of the federal defendants.  I
16　agree.
17
18
19
20
21
22
23
24

1            RACHELLE STEINBERG, having been
2       satisfactorily identified by the
3       production of her driver's license and
4       duly sworn by the Notary Public, was
5       examined and testified as follows in
6       answer to direct interrogatories:
7
8                    EXAMINATION
9  BY MS. DiMARCO:
10     Q.  Good morning, Rachelle.
11     A.  Good morning.
12     Q.  My name is Elizabeth DiMarco.  You can call
13  me Libbie.  I represent the plaintiff, Emmanuel
14  Thiersaint, and I will be asking you questions today.
15     A.  Okay.
16           MS. DiMARCO:  Before we begin, I'm
17       just going to state for the record some
18       stipulations that the attorneys in this
19       case have reached.  All objections,
20       except as to form, including motions to
21       strike, are reserved until trial.
22       Consistent with prior depositions we've
23       taken in this matter, this witness will
24       have the opportunity to read and sign

```
 1       Q.   And it says "General Population"?
 2       A.   Yes.
 3       Q.   Does the department use this housing
 4  assignment information in the mental health screening
 5  to determine where the individual is housed?
 6       A.   Medical will inform the department if someone
 7  needs to be medically or mental health housed.
 8       Q.   It wouldn't be using this --
 9       A.   It would be verbal.
10       Q.   Okay.  What's the purpose of the "Housing
11  Assignment" section?
12       A.   This is for medical purposes.
13       Q.   What do you mean by that?
14       A.   This is the medical intake, mental health
15  evaluation or intake.  That process is done by a
16  nurse.  The nurse will do an initial assessment as to
17  what they feel is appropriate for housing for that
18  individual.  However, it is reviewed by a provider,
19  and the provider will ultimately make the decision of
20  whether that person may go to general population or
21  needs to be medically housed.
22       Q.   Who's the provider?
23       A.   A mid-level, a nurse practitioner, or a
24  physician's assistant, or a doctor.
```

1    Q.  So a NaphCare employee?

2    A.  Correct.

3    Q.  Okay.  So is your testimony, then, that

4  NaphCare employees decide housing assignments for --

5    A.  For medical or mental health purposes only.

6    Q.  So then a NaphCare employee decides whether

7  an individual needs to be housed for a medical or

8  mental health reason?

9    A.  Correct.

10         MS. GARAND:  Libbie, we've been

11    going for about an hour and 15 minutes.

12    I'm going to ask the witness:  Do you

13    need a break?

14         THE WITNESS:  Could take a couple

15    minutes.

16         MS. GARAND:  Okay.  Do you mind

17    taking --

18         MS. DiMARCO:  Let me just have

19    like five more minutes, then we can

20    take a 10- or 15-minute break.

21         MS. GARAND:  Okay.  That's fine.

22  BY MS. DiMARCO:

23    Q.  Okay.  So I think you said -- let me just

24  take a look.  (Pause.)