# EXHIBIT 7

# In the Matter of:

*Emmanuel Thiersaint vs*

*Department of Homeland Security, et al*

*Zezhina Mitchell*

*October 05, 2020*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



```
 1                 UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MASSACHUSETTS

 3   --------------------------------X

 4   EMMANUEL THIERSAINT,

 5           Plaintiff,
                                        Civil Action No.
 6   vs.                                1:18-cv-12406-PBS

 7   DEPARTMENT OF HOMELAND SECURITY;
     U.S. IMMIGRATION AND CUSTOMS
 8   ENFORCEMENT; WILLIAM CHAMBERS,
     in his individual capacity;
 9   JOHN DOE DEFENDANTS 1-10, unknown
     ICE Agents, in their individual
10   capacities; SUFFOLK COUNTY
     SHERIFF'S DEPARTMENT; JOHN DOE
11   DEFENDANTS 11-16, unknown
     officers of the Suffolk County
12   Sheriff's Department, in their
     individual capacities; and
13   UNITED STATES OF AMERICA,

14           Defendants.

15   --------------------------------X

16

17           DEPOSITION OF ZEZHINA MITCHELL

18                  Conducted Remotely

19                  20 Bradston Street

20                 Boston, Massachusetts

21          Monday, October 5, 2020, 8:05 a.m.

22

23

24   Reporter:  James A. Scally, RMR, CRR
```

2

1          A P P E A R A N C E S
2
3  WOLF, GREENFIELD & SACKS PC
4  600 Atlantic Avenue
5  Boston, Massachusetts   02210
6  617-720-3500
7  By: Kevin R. Mosier, Esq.
8      Anant K. Saraswat, Esq.
9      Counsel for the Plaintiff
10
11 UNITED STATES DEPARTMENT OF JUSTICE
12 UNITED STATES ATTORNEY'S OFFICE
13 1 Courthouse Way
14 Suite 9200
15 Boston, Massachusetts   02210
16 617-748-3100
17 By: Eve A. Piemonte, Esq.
18     Counsel for the Defendant United
19     States of America, et al.
20
21
22
23
24

```
 1                A P P E A R A N C E S
 2
 3   SUFFOLK COUNTY SHERIFF'S DEPARTMENT
 4   200 Nashua Street
 5   Boston, Massachusetts   02114
 6   617-704-6680
 7   By: Melissa J. Garand, Esq.
 8       Counsel for the Defendant Suffolk
 9       County Sheriff's Department
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Emmanuel Thiersaint vs  
Department of Homeland Security, et al

Zezhina Mitchell  
October 05, 2020

```
                                                              4
 1                          I N D E X

 2   WITNESS                                         EXAMINATION

 3   ZEZHINA MITCHELL

 4   (By Mr. Mosier)                                      6

 5

 6

 7

 8
                          E X H I B I T S
 9   NO.                                                  PAGE

10   Exhibit 1      Job description Bates stamped         55
                    SCSD000298 through 300
11
     Exhibit 2      PowerPoint presentation Bates         71
12                  stamped SCSD003611 through
                    3657
13
     Exhibit 3      Grievance form Bates stamped          84
14                  SCSD003773 through 3776

15   Exhibit 4      Grievance form Bates stamped          91
                    SCSD003674
16

17
                    (Exhibits were given to the court
18           reporter to attach to the transcript.)

19

20

21

22

23

24
```

Emmanuel Thiersaint vs  
Department of Homeland Security, et al

Zezhina Mitchell  
October 05, 2020

5

```
 1        THE COURT REPORTER:  This is James
 2   A. Scally.  I am a Registered Merit
 3   Reporter, Certified Realtime Reporter,
 4   and I am a Notary Public in the
 5   Commonwealth of Massachusetts.
 6        This deposition is being taken
 7   remotely.  This witness is appearing
 8   remotely from 20 Bradston Street,
 9   Boston, Massachusetts.
10        The attorneys participating in
11   this proceeding acknowledge their
12   understanding that I am not physically
13   present in the proceeding room, nor am
14   I physically present with the witness
15   and that I will be reporting this
16   proceeding remotely.  They further
17   acknowledge that, in lieu of an oath
18   administered in person, the witness
19   will verbally declare her testimony in
20   this matter under the pains and
21   penalties of perjury.  The parties and
22   their counsel consent to this
23   arrangement and waive any objections to
24   this manner of proceeding.
```

6

1      Please indicate your agreement by
2      stating your name and your agreement on
3      the record, after which I will swear in
4      the witness and we may begin.
5          MS. GARAND:  This is Melissa
6      Garand, and I agree to your statement.
7          MR. MOSIER:  This is Kevin Mosier,
8      and I agree to your statement.
9          MS. PIEMONTE:  This is Eve
10     Piemonte.  I agree.
11         MR. SARASWAT:  And this is Anant
12     Saraswat.  I agree.
13
14         ZEZHINA MITCHELL, having been
15     satisfactorily identified by the
16     production of her driver's license and
17     duly sworn by the Notary Public, was
18     examined and testified as follows in
19     answer to direct interrogatories:
20
21                 EXAMINATION
22  BY MR. MOSIER:
23     Q.  All right.  Good morning, Ms. Mitchell.
24  Thank you for being here.  My name is Kevin Mosier,

1  Superintendent Richard McCarthy is part of that team.
2  I would assume that -- and this is just an
3  assumption -- ADS Rachelle Steinberg.
4      Q.  Okay.  And, to your knowledge, would a
5  physician be a part of the team reviewing such a
6  request?
7      A.  I am not aware of that.
8      Q.  Okay.  To your knowledge, did Mr. Thiersaint
9  ever make a request for accommodations?
10              MS. GARAND:  Objection.
11     A.  He did not fill out a grievance.
12     Q.  So, to your knowledge, Mr. Thiersaint never
13  filled out a grievance?
14     A.  Correct.
15     Q.  But you do not know whether or not Mr.
16  Thiersaint made some type of request to someone
17  asking for accommodations under the ADA?
18     A.  I do not know.
19     Q.  Now, stepping back to discuss ICE detainees
20  generally, we established that ICE detainees in 2016
21  were housed in a dedicated building, which was
22  Building 8; correct?
23     A.  Correct.
24     Q.  And, to your knowledge, ICE detainees were