UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**EMMANUEL THIERSAINT**</u>
       Plaintiff(s)

v.                                           CIVIL ACTION NO.**18-12406-DJC**

<u>**DEPARTMENT OF HOMELAND SECURITY, ET AL**</u>
       Defendant(s)

### JUDGMENT IN A CIVIL CASE

<u>CASPER, D.J.</u>

☐  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by the Court**. In accordance with the Memorandum and Order dated January 25, 2022, D. 219,

    **IT IS  ORDERED AND ADJUDGED**

    Judgment for the defendants.


                                                             Robert M. Farrell, Clerk

Dated: January 25, 2022                               /s/ Lisa M. Hourihan
                                                             ( By )  Deputy Clerk